In the Matter of FANNIE F. SILVERMAN, on Behalf of Herself and All Other Bondholders and Stockholders of Master Printers Building Operating Corporation, Similarly Situated, Appellant, against OLIVER P. ALFORD et al., Individually and as Directors and Officers of Master Printers Building Operating Corporation, et al., Respondents.

Argued June 6, 1945; decided July 19, 1945.

887

*Jacob Greenwald* and *Bernard M. Rosen* for appellant.

*Robert H. O'Brien, Horace J. McAfee* and *Marshall A. Jacobs* for Howard Peterson and others, respondents.

*David S. Galton* and *George Pollack* for Master Printers Building Operating Corporation, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.